## CONNECTICUT SAVINGS BANK
*vs.*
## THOMAS F. REILLY ET ALS.

Superior Court      New Haven County      File No. 64518

### MEMORANDUM FILED JANUARY 11, 1944.

*James E. Connor,* and *William L. Beers,* of New Haven, for the Plaintiff.

*T. Holmes Bracken,* of New Haven, for the Defendant Movant.

O'SULLIVAN, J. At common law, the available defenses to a complaint seeking the foreclosure of a mortgage are limited to such things as payment, discharge, release, satsifaction or the invalidity of the lien. *Petterson vs. Weinstock,* 106 Conn., 436, 441. Under no stretch of the imagination can one interpret the legal special defense [alleged abuse of

process wrought by excessiveness of attachment with which suit begun] as falling within any of the above classifications. It does not avoid the plaintiff's cause of action and is totally without merit as a defense.

The demurrer is sustained on all grounds.